# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Donald E. Stiles Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:13-cv-00086-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES MARSH, Haywood County | ) | |
| Sheriff's Dept. Detective | ) | |
| BOBBY SUTTLES, | ) | |
| Haywood County Sheriff | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2013 Order.

July 9, 2013

Frank G. Johns, Clerk
United States District Court